IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYVA RESEARCH HOLDINGS, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LOCKLIZARD LIMITED, *et al.*,**<br><br>　　　　　　　Defendants. | Civil Action No. 2:15-cv-1541-JRG<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |
| **CYVA RESEARCH HOLDINGS, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**MICROSOFT CORPORATION,**<br><br>　　　　　　　Defendant. | Civil Action No. 2:15-cv-1937<br><br>JURY TRIAL DEMANDED |

## ORDER

　　In consideration of Plaintiff CYVA Research Holdings, LLC filing of a Motion to Dismiss Without Prejudice before an answer or motion for summary judgment has been filed by Defendant Microsoft Corporation, the Court hereby dismisses all claims in this action against Defendant Microsoft Corporation, WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a), with each party to bear their own costs, expenses, and attorney's fees.

　　The Clerk is ORDERED to terminate Defendant Mirosoft Corporation in lead case 2:15-cv-1541-JRG.  Any and all motions between CYVA and Microsoft in this case which are presently unresolved are hereby DENIED. The Clerk is directed to CLOSE member case 2:15-cv-1937.

**So ORDERED and SIGNED this 8th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE